IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DAVID DRONE,<br>　　　　　　　Defendant. | ORDER<br><br>98-cr-36-wmc<br>03-cr-89-wmc |

---

　　　　Defendant David Drone has moved under 18 U.S.C. § 3582(c)(2) for a reduction of his sentence to reflect the latest amendments to the sentencing guidelines. (Dkt. #133.) Drone is serving a federal sentence for drug convictions in cases 98-cr-36-wmc and 03-cr-89-wmc. Unfortunately for defendant, he is not eligible for a reduction in his sentence. In November of 2011, after the Fair Sentencing Act was passed, Drone received a reduction in 98-cr-36-wmc that reduced his total offense level from 29 to 23, resulting in a reduction in his sentence in that case from 151 months to 70 months. The most recent amendments to the sentencing guidelines under Amendment 782 would not result in a further reduction of the guideline range for that case.

　　　　As for case no. 03-cr-89-wmc, Drone was sentenced as a career offender. Amendment 782 leaves the career offender guidelines unchanged. In other words, his sentence was not "based upon a sentencing range that has subsequently been lowered by the Sentencing Commission." § 3582(c)(2).

ORDER

　　　　IT IS ORDERED that defendant David Drone's motion for a sentence reduction under 18 U.S.C. § 3582 is DENIED.

　　　　Entered this 8th day of October, 2015.

BY THE COURT

WILLIAM M. CONLEY
District Judge